UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

THOMAS ALSTON

    Plaintiff,

    v.

ER SOLUTIONS, INC.

    Defendant.

Case No. _____

## NOTICE OF REMOVAL

Defendant Convergent Outsourcing, Inc. ("COI"), formerly known as ER Solutions, Inc., by and through its undersigned counsel, submits the following Notice of Removal pursuant to 28 U.S.C. § 1331, 1441(a) and 1446. As grounds for this Removal, COI states:

1. COI is named in a civil action filed on or about May 1, 2012 by Plaintiff Thomas Alston ("Plaintiff"), in the Circuit Court for Prince George's County, Maryland, Case No. CAL13-12378, entitled *Thomas Alston v. ER Solutions, Inc.* (the "Maryland Action").

2. On May 13, 2013, COI was served via registered mail with the Summons and Complaint in the Maryland Action. *See* Ex. A hereto (Complaint in Maryland Action).

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a) because it is filed on June 3, 2013, which is within 30 days of service on COI of a copy of the complaint, excluding "the day of the act, event, or default from which the designated period of time beings to run" and the last day if it is a Saturday, Sunday, or legal holiday.

4. COI has not yet filed an answer or otherwise responded to the complaint in the Maryland Action.

5. Removal to this District Court is proper because this is the district which embraces the court in which Plaintiff filed the Maryland Action, within the meaning of 28 U.S.C. § 1441(a).

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), because Count I of the action arises under the federal Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.* ("FCRA").

7. This Court has supplemental jurisdiction over all other claims asserted by Plaintiff pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

8. As required by 28 U.S.C. § 1446(d), COI will provide written notice of the removal of this action to Plaintiff, and to the Circuit Court for Prince George's County, Maryland.

9. COI has no other "process, pleadings and orders," or other state court filings that are not already marked as Exhibits. *See* Local Rule 103(5)(a).

WHEREFORE, COI requests that the Maryland Action be removed from state court to this Court, and that this Court assume jurisdiction over the action and determine it on the merits.

Dated: May 31st, 2013

Respectfully submitted,

The Law Offices of Ronald S. Canter, LLC

By: /s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart, Esquire
Bar No. 17420
200 A Monroe Street, Suite 104
Rockville, Maryland 20850
Phone: (301) 424-7490
Fax:   (301) 424-7470
E-Mail: bstuart@roncanterllc.com
*Attorney for Defendant Convergent Outsourcing, Inc., f/k/a ER Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document and any related exhibits was served this **31st day of May, 2013**, by regular first-class mail on the following:

Thomas Alston
10012 Cedarhollow Lane
Largo, Maryland 20774
*Pro Se Plaintiff*

/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart, Esquire
*Attorney for Defendant Convergent Outsourcing, Inc., f/k/a ER Solutions, Inc.*